UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OBED VAZQUEZ,

    Plaintiff,

v.                                       Case No: 6:16-cv-1307-Orl-40TBS

JOSEPH CORY HOLDINGS, LLC,

    Defendant.

## ORDER

Defendant's Motion to Dismiss (Doc. 18) is **DENIED as moot** because Plaintiff filed an amended complaint as permitted by FED. R. CIV. P. 15(a)(1)(B) (Doc. 28).

**DONE** and **ORDERED** in Orlando, Florida on October 4, 2016.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record