UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OBED VAZQUEZ, on behalf of himself
and on behalf of all others
similarly situated,,

    Plaintiff,

v.     Case No:  6:16-cv-1307-ORL-40-TBS

JOSEPH CORY HOLDINGS, LLC

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiff, OBED VAZQUEZ, on behalf of himself and on behalf of all others similarly situated, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, JOSEPH CORY HOLDINGS, LLC, has been settled.

Dated this 2nd day of March, 2017.

    Respectfully submitted,

**Luis A. Cabassa**
Florida Bar No. 0053643
Wenzel Fenton Cabassa P.A.
1110 N. Florida Avenue
Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Direct No.: (813) 379-2565
Facsimile No.: 813-229-8712

Email: lcabassa@wfclaw.com
Email: twells@wfclaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of March, 2017, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Gregory A. Hearing
Charles J. Thomas
Thompson Sizemore Gonzalez & Hearing, P.A.
P.O. Box 639
Tampa, Florida 33601
ghearing@tsghlaw.com

Christopher J. Eckhart
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
10 West Market Street, Suite 1400
Indianapolis, Indiana 46204
ceckhart@scopelitis.com

_____
**LUIS A. CABASSA**