**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

OBED VAZQUEZ,

    Plaintiff,

v.                                  Case No: 6:16-cv-1307-Orl-40TBS

JOSEPH CORY HOLDINGS, LLC,

    Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion to Approve FLSA Settlements and for Dismissal of All Claims with Prejudice (Doc. 61) filed on April 20, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 19, 2017 (Doc. 63), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve FLSA Settlements and for Dismissal of All Claims with Prejudice (Doc. 61) is **DENIED** and the settlement agreement is **REJECTED** without prejudice to renewal upon clarification of the issues and amendments of the agreements to satisfy the Court's concerns.

**DONE AND ORDERED** in Orlando, Florida on July 6, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties