# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

OBED VAZQUEZ,

    Plaintiff,

v.                                            Case No: 6:16-cv-1307-Orl-40TBS

JOSEPH CORY HOLDINGS, LLC,

    Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Amended Joint Motion to Approve FLSA Settlements and for Dismissal of All Claims with Prejudice (Doc. 69) filed August 3, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection (Doc. 73) was filed September 22, 2017, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 15, 2017 (Doc. 71), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Joint Motion to Approve FLSA Settlements and for Dismissal of All Claims with Prejudice (Doc. 69) is **GRANTED**.

3. The Court **FINDS** the FLSA Settlements to be a fair and reasonable compromise of Plaintiffs' claims and **APPROVES** same.

4. The case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on September 25, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties